No. 67716.—Gallagher & Ascher Company v. United States, protests 62/4810–12694 and 62/4819–12778 (Chicago).

Opinion by FORD, J.  In accordance with oral stipulation of counsel that the merchandise consists of semiautomatic scales which are machines, containing an electric-light bulb; that the electric-light bulb is the only electrical feature of the machine; and that the scale will perform all of its functions, as a scale, without the use of the electric-light bulb, the claim of the plaintiff was sustained.

No. 67717.—Lanston Industries, Inc., et al. v. United States, protests 62/10455, etc. (Philadelphia).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of monophoto machines or parts thereof similar in all material respects to those the subject of Lanston Industries, Inc. v. United States (49 CCPA 123, C.A.D. 807), the claim of the plaintiffs was sustained.

No. 67718.—Inter-Maritime Fwdg. Co., Inc., et al. v. United States, protests 58/4844, etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of nylon wearing apparel similar in use to wool wearing apparel, valued over $4 per pound, and following the principles set forth in United States v. Steinberg Bros. (47 CCPA 47, C.A.D. 727), the claim of the plaintiffs was sustained.